FILED
SEP 06 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUIS D. TILLMAN | 23-CR-475<br>Judge Bucklo<br>Magistrate Judge Kim<br><br>Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about December 15, 2022, in the Northern District of Illinois, Eastern Division,

MARQUIS D. TILLMAN,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Smith & Wesson, model M&P 9 M2.0, 9mm semiautomatic pistol, bearing serial number NED0622, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, Smith & Wesson, model M&P 9 M2.0, 9mm semiautomatic pistol, bearing serial number NED0622, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Scott Edenfield on behalf of the
UNITED STATES ATTORNEY